# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KEITH HARRELL, | ) Case No. ED CV 15-549-CJC (SP) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| BLANKENSHIP, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion for Summary Judgment (docket no. 43) and plaintiff's Motion for Summary Judgment (docket no. 67) are both denied.

DATED: May 4, 2018

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE