# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KEITH HARRELL,<br><br>    Plaintiff,<br><br>vs.<br><br>BLANKENSHIP, CUSTODY SPECIALIST, WEST VALLEY DETENTION CENTER,<br><br>    Defendants. | CASE NO. EDCV 15-00549 CJC (SP)<br><br>**ORDER ON DISMISSAL**<br><br><br>Complaint Filed: March 23, 2015<br><br>Assigned to:<br>Honorable Judge Cormac J. Carney<br>United States District Judge<br><br>Assigned to:<br>Honorable Sheri Pym<br>United States Magistrate Judge |

This Court has received the parties' Stipulation to Dismiss, the Attorney Declaration with supporting exhibits and this Court finds all conditions precedent have been satisfied and therefore, this matter is now hereby ORDERED DISMISSED IN ITS ENTIRETY AND WITH PREJUDICE.

Dated: July 12, 2018

_____
CORMAC J. CARNEY
Judge of the Central District Court